John J. Nelson (SBN 317598)
280 S. Beverly Drive-Penthouse
Beverly Hills, CA 90212
Telephone: (858) 209-6941
Email: jnelson@milberg.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

AMY ZWERNEMANN, individually, and on behalf of all others similarly situated,

Plaintiff,

vs.

ALTMAN SPECIALTY PLANTS, LLC,

Defendant.

Case No.: 3:24-cv-01760-H-BLM

**JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE DEADLINES**

Complaint Filed: October 3, 2024

Hon. Marilyn L. Huff, Courtroom 12A

Plaintiff Amy Zwernemann ("Plaintiff") and Defendant Altman Specialty Plants, LLC ("Defendant"), by and through their respective counsel of record, hereby inform the Court as follows:

The Parties have reached an individual settlement and are finalizing the settlement agreement. The Parties will file a stipulation to dismiss the action with prejudice within thirty (30) days and respectfully request that the Court vacate all pending deadlines.

*[SIGNATURE BLOCKS ON FOLLOWING PAGE]*

DATED: June 8, 2026

**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

By: */s/Younjin Lee*

Younjin (Jennifer) Lee (SBN 310198)
Allen Sattler (SBN 321086)
Laguna Hills Carlota Plaza
23046 Avenida de la Carlota, Suite 600
Laguna Hills, California 92653
Telephone: (949) 743-3979
Facsimile: (949) 743-3934
asattler@constangy.com
jlee@constangy.com

*Counsel for Defendant*
*Altman Specialty Plants, LLC*

DATED: June 8, 2026

**MILBERG, PLLC**

By: */s/John J. Nelson*

John J. Nelson (SBN 317598)
280 S. Beverly Drive-Penthouse
Beverly Hills, CA 90212
Telephone: (858) 209-6941
Email: jnelson@milberg.com

*Counsel for Plaintiff*