UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

AMY ZWERNEMANN, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

ALTMANT SPECIALTY PLANTS, LLC,

Defendant.

Case No.: 3:24-cv-1760-H-JAC

**ORDER CONFIRMING SETTLEMENT AND SETTING DEADLINE TO FILE JOINT MOTION FOR DISMISSAL**

Pursuant to the Status Conference held on June 26, 2026, both Parties informed the Court that a settlement has been reached and signed by Plaintiff and her counsel. Defendant has yet to sign the settlement. The parties **SHALL FILE** their joint motion for dismissal of this case, signed by counsel of record and any unrepresented parties, no later than **July 6, 2026**. A proposed order on the joint motion for dismissal must be emailed to the district judge's chambers on the same day. If the signed joint motion for dismissal is timely filed, the parties and attorneys are not required to make any further appearances before Judge Cabral.

If the fully executed joint motion for dismissal is not filed by **July 6, 2026**, then all parties who have not yet signed the settlement agreement, along with their counsel of

record, are required to appear in person for a Settlement Disposition Conference before Magistrate Judge Cabral on **July 9, 2026,** at **1:30 p.m.** in **Courtroom 3D**.

If counsel of record, Defendant's representative, or any unrepresented party fails to appear at the Settlement Disposition Conference, or the parties fail to file the signed joint motion for dismissal in a timely manner, the Court will issue an order to show cause why sanctions should not be imposed for failing to comply with this Order.

**IT IS SO ORDERED**.

Dated: June 26, 2026

Hon. Janet A. Cabral
United States Magistrate Judge